RCC

**FILED**
**JANUARY 8, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 154**

In the Matter of

PRIME TRADING COMPANY, INC.,
        Plaintiff,
v.
R. J. O'BRIEN & ASSOCIATES, INC.,
        Defendant.

Case Number:

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| Field | Value |
|---|---|
| NAME (Type or print) | Jeffrey Schulman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jeffrey Schulman |
| FIRM | Wolin & Rosen, LTD. |
| STREET ADDRESS | 55 West Monroe, 36th Street |
| CITY/STATE/ZIP | Chicago, IL  60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 2513080 |
| TELEPHONE NUMBER | 312-424-0600 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑     NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☑     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐