Case 1:08-cv-00154   Document 6   Filed 01/08/2008   Page 1 of 1

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (10/06)

**FILED**
**JANUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
Northern District of Illinois

PRIME TRADING COMPANY, INC.,

    Plaintiff(s),

Case No.

**08 C 154**

v.

R. J. O'BRIEN & ASSOCIATES, INC., an Illinois Corporation,

    Defendant(s).
_____/

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7. 1, <u>PRIME TRADING COMPANY, INC.,</u>
                                                                                            (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? [ ] Yes [X] No

2. Does party have any parent corporations? [ ] Yes [X] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? [ ] Yes [X] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? [ ] Yes [x] No
   If yes, identify entity and nature of interest:

Date: <u>JANUARY 8, 2008</u>

/s/ Edward H. Tricker
             (Signature)
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, NE  68508-2578
Telephone:  402-437-8500
etricker@woodsaitken.com