## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Prime Trading Company, Inc.
                            Plaintiff,

v.                                                         Case No.: 1:08−cv−00154
                                                          Honorable Matthew F. Kennelly

R.J. O'Brien & Associates, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

     MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held with attorneys for both sides. The Court discloses its prior representation of R.J. O'Brien approximately 18−20 years ago. Status hearing continued to 4/17/2008 at 09:00 AM. with attorneys by telephone for the purpose of setting a discovery schedule. Rule 26(a)(1) disclosures are to be made by 3/31/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.