U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Commercial Hedge Services, Inc. d.b.a. Prime Trading Company, Prime Trading Company, Inc. and PT Holdings, Inc. d.b.a. Prime Trading, PLAINTIFFS, v. R.J. O'Brien & Associates, Inc., an Illinois Corporation, DEFENDANTS | 06 C 2431 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

R.J. O'Brien & Associates, Inc.

| NAME (Type or print) |
|---|
| Marshall E. Hanbury |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Marshall E. Hanbury |

| FIRM |
|---|
| Mayer, Brown, Rowe & Maw LLP |

| STREET ADDRESS |
|---|
| 71 S. Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 312-701-8102 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐