UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 154 |
| v. ) | |
| ) | Judge Kennelly |
| R.J. O'BRIEN & ASSOCIATES, INC., an ) | Magistrate Judge Ashman |
| Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S FEDERAL RULE OF CIVIL
PROCEDURE 7.1 DISCLOSURE STATEMENT**

COMES NOW the Defendant R.J. O'Brien & Associates, LLC ("RJO") incorrectly sued as R.J. O'Brien & Associates, Inc., by and through its attorneys, and states pursuant to Federal Rule of Civil Procedure 7.1(a), RJO is a subsidiary of RJO Holdings Corp. ("Holdings") and no publicly held corporation holds 10% of the interests in RJO or of the shares in Holdings.

Dated: March 21, 2008

Respectfully Submitted,

R.J. O'Brien & Associates, LLC


BY: s/ Doressia L. Hutton
    One of Its Attorneys

Vincent J. Connelly, 00501557
Doressia L. Hutton, 6275168
MAYER, BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600
312-701-7711

Marshall E. Hanbury
MAYER, BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
202-263-3357
202-263-5357

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 21, 2008 I caused a copy of Defendant's Federal Rule of Civil Procedure 7.1 Disclosure Statement to be served by electronic filing, upon the following:

Edward H. Tricker
Woods & Aiken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508

Jeffrey Schulman
Wolin & Rosen, Ltd.
55 West Monroe 36th Floor
Chicago, Illinois 60603


                                                  s/ Doressia L. Hutton