UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R.J. O'BRIEN & ASSOCIATES, INC., an )<br>Illinois Corporation, )<br>)<br>Defendant. )<br>) | Case No. 08 C 154<br><br>Judge Kennelly<br>Magistrate Judge Ashman |

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A
<u>CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>**

COMES NOW the Defendant, R.J. O'Brien & Associates, LLC ("RJO") incorrectly sued as R.J. O'Brien & Associates, Inc, by and through its attorneys, and respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint for Damages and Demand for Jury Trial ("Complaint") because all seven claims in the Complaint fail to state a claim upon which relief can be granted.

In further support of this motion, RJO has filed herewith its supporting brief.

WHEREFORE, Defendant R.J. O'Brien & Associates, LLC ("RJO") by and through its attorneys respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all seven claims in the Complaint for failure to state a claim upon which relief can be granted.

Dated: March 21, 2008                                    Respectfully Submitted,

                                                         R.J. O'Brien & Associates, LLC

                                                         BY: s/ Doressia L. Hutton
                                                              One of Its Attorneys

Vincent J. Connelly, 00501557
Doressia L. Hutton, 6275168
MAYER, BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600
312-701-7711

Marshall E. Hanbury
MAYER, BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
202-263-3357
202-263-5357

## CERTIFICATE OF SERVICE

  The undersigned certifies that on March 21, 2008, I caused a copy of Defendant's Motion to Dismiss Failure to State a Claim Upon Which Relief Can Be Granted to be served by electronic filing, upon the following:

Edward H. Tricker
Woods & Aiken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508

Jeffrey Schulman
Wolin & Rosen, Ltd.
55 West Monroe 36th Floor
Chicago, Illinois 60603

                s/ Doressia L. Hutton