UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC.,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>R.J. O'BRIEN & ASSOCIATES, INC., an  )<br>Illinois Corporation,  )<br>  )<br>        Defendant.  ) | Case No. 08 C 154<br><br>Judge Kennelly<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

**TO:**   Edward H. Tricker
Woods & Aiken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508

Jeffrey Schulman
Wolin & Rosen, Ltd.
55 West Monroe, 36th Floor
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Tuesday, April 1, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other judge who may be sitting in his stead, and then and there present Defendant's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted which has been served upon you.

Dated: March 21, 2008

Respectfully Submitted,

R.J. O'Brien & Associates, LLC

BY: <u>s/ Doressia L. Hutton</u>
    One of Its Attorneys

Vincent J. Connelly, 00501557
Doressia L. Hutton, 6275168
MAYER, BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600
312-701-7711

Marshall E. Hanbury
MAYER, BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
202-263-3357
202-263-5357

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 21, 2008, I caused a copy of the Notice of Motion to be served by electronic filing, upon the following counsel of record:

Edward H. Tricker
Woods & Aiken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508

Jeffrey Schulman
Wolin & Rosen, Ltd.
55 West Monroe 36th Floor
Chicago, Illinois 60603

                                                    s/ Doressia L. Hutton