# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 154 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Prime Trading Co. vs. R.J. O'Brien & Assocs. | | |

**DOCKET ENTRY TEXT**

In its statement under Fed. R. Civ. P. 7.1, defendant states that contrary to the complaint's allegations, it is a limited liability company, not a corporation. This leads the Court to question whether diversity jurisdiction actually exists. Defendant is directed to disclose, by no later than 3/31/08, the citizenship of each of its members, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|