**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PRIME TRADING COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 154 |
| v. | ) | |
| | ) | Judge Kennelly |
| R.J. O'BRIEN & ASSOCIATES, INC., an | ) | Magistrate Judge Ashman |
| Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S DISCLOSURE OF MEMBERS OF LLC

Defendant R.J. O'Brien & Associates, LLC ("RJO") incorrectly sued as R.J. O'Brien & Associates, Inc., pursuant to the Court's Order dated March 25, 2008 (Filing 17) makes the following disclosures:

1.      RJO Holdings Corp. is the sole member of RJO.

2.      The address and principal place of business for RJO Holdings Corp. is 222 South Riverside Plaza, Suite 900, Chicago, Illinois 60606.

3.      RJO Holdings Corp. is incorporated in Delaware.


Dated: March 31, 2008

Respectfully Submitted,

R.J. O'Brien & Associates, LLC


BY: <u>s/ Doressia L. Hutton</u>
        One of Its Attorneys

Vincent J. Connelly, 00501557
Doressia L. Hutton, 6275168
MAYER, BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600
312-701-7711

Marshall E. Hanbury
MAYER, BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
202-263-3357
202-263-5357

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on March 31, 2008 I caused a copy of Defendant's Disclosure Of Members Of LLC to be served by electronic filing, upon the following:

Edward H. Tricker
Woods & Aiken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508

Jeffrey Schulman
Wolin & Rosen, Ltd.
55 West Monroe 36th Floor
Chicago, Illinois 60603

<u>s/ Doressia L. Hutton</u>