# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Prime Trading Company, Inc.

                Plaintiff,

v.   Case No.: 1:08−cv−00154

     Honorable Matthew F. Kennelly

R.J. O'Brien & Associates, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

     MINUTE entry before Judge Honorable Matthew F. Kennelly:Set deadlines/hearing as to motion to dismiss[14] : Response due by 4/29/2008 Reply due by 5/13/2008. Ruling before Honorable Matthew F. Kennelly on 5/22/2008 at 09:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.