## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Prime Trading Company, Inc.
                        Plaintiff,

v.                                     Case No.: 1:08−cv−00154
                                     Honorable Matthew F. Kennelly

R.J. O'Brien & Associates, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/17/2008 with attorneys for both sides by telephone. Deadline for amending pleadings and adding parties is 10/1/2008. Fact discovery ordered closed 12/10/2008. Rule 26(a)(2) disclosures are due by 1/15/2009; rebuttal disclosures are due 2/19/2009. Expert discovery ordered closed 3/31/2009. The parties are directed to confer to attempt to narrow down the number of potential witnesses identified in plaintiff's Rule 26(a)(1) disclosures. Status hearing continued to 7/1/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.