# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PRIME TRADING COMPANY, INC., | ) | Case No.: 1:08-CV-00154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| R. J. O'BRIEN & ASSOCIATES, INC., an | ) | Magistrate Judge Ashman |
| Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**  Vincent J. Connelly
Doressia L. Hutton
Mayer, Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

Marshall E. Hanbury
Mayer, Brown LLP
1909 K Street, N.W.
Washington, DC 20006-1101

**PLEASE TAKE NOTICE** that on Tuesday, May 6, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other judge who may be sitting in his stead, and then and there present Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and to Continue the Deadline to Respond to Defendant's Motion to Dismiss which has been served upon you. Dated this 29th day of April, 2008.

- 2 -

           PRIME TRADING COMPANY, INC., Plaintiff

           By     s/Jeffrey Schulman
                   Jeffrey Schulman, No. 2513080
                   Attorney for Plaintiff
                   WOLIN & ROSEN, LTD.
                   55 West Monroe, 36th Floor
                   Chicago, Illinois  60603
                   Telephone: 312-424-0600
                   Facsimile:  312-424-0660
                   jschulman@wolinlaw.com

           and

                   Edward H. Tricker, Neb. No. 15504
                   Bruce A. Smith, Neb. No. 20162
                   Attorney for Plaintiff
                   WOODS & AITKEN LLP
                   301 South 13th Street, Suite 500
                   Lincoln, Nebraska  68508
                   Telephone: 402-437-8500
                   Facsimile:  402-437-8558
                   etricker@woodsaitken.com
                   bsmith@woodsaitken.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Vincent J. Connelly**
courtnotification@mayerbrown.com
- **Marshall E. Hanbury**
courtnotification@mayerbrown.com
- **Doressia LaShun Hutton**
courtnotification@mayerbrown.com
- **Jeffrey A. Schulman**
jschulman@wolinlaw.com

           By     s/Jeffrey Schulman
                   Jeffrey Schulman, No. 2513080

- 3 -

                Attorney for Plaintiff
                WOLIN & ROSEN, LTD.
                55 West Monroe, 36th Floor
                Chicago, Illinois  60603
                Telephone:  312-424-0600
                Facsimile:  312-424-0660
                jschulman@wolinlaw.com

Case 1:08-cv-00154   Document 25   Filed 04/29/2008   Page 3 of 3

- 3 -