# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 154 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Prime Trading Company vs. R.J. O'BRIEN & Associates, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's unopposed motion for leave to file amended complaint and to continue deadline to respond to motion to dismiss is granted.  The case is set for a status hearing on 5/13/08 at 9:30 a.m., so that defendant may report whether it intends to pursue its motion to dismiss.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|