UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Prime Trading Company, Inc.
                            Plaintiff,

v.                                              Case No.: 1:08−cv−00154
                                                      Honorable Matthew F. Kennelly

R.J. O'Brien & Associates, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly: Status hearing held on 5/13/2008. Motion to dismiss [14] is terminated as moot. Response to complaint, as a motion to dismiss, is to be filed by 6/12/2008. Response by 7/3/2008, and reply brief by 7/14/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.