UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PRIME TRADING COMPANY, INC., | ) | Case No.: 1:08-CV-00154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| R. J. O'BRIEN & ASSOCIATES, INC., an | ) | Magistrate Judge Ashman |
| Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE ITS BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
AND FOR DEFENDANT TO FILE ITS REPLY BRIEF**

Plaintiff and Defendant jointly move the Court for an order granting an extension of time, until July 11, 2008, for Plaintiff to file its brief in opposition to Defendant's Motion to Dismiss and until July 29, 2008, for Defendant to file its reply brief. As grounds for this Motion, Plaintiff and Defendant state as follows:

1. Plaintiff filed its Amended Complaint on May 8, 2008 (filing 27).

2. A docket entry was entered on May 13, 2008, providing that Defendant shall have until June 12 to file a motion to dismiss in response to the Amended Complaint; that Plaintiff shall have until July 3, 2008, to file its response to the motion; and that Defendant shall have until July 14, 2008, to file its reply brief.

3. Defendant filed its Motion to Dismiss on June 12, 2008 (filing 31).

- 2 -

4. Pursuant to the Docket Entry of May 13, 2008, Plaintiff's brief in opposition to Defendant's Motion to Dismiss is currently due on July 3, 2008, and Defendant's reply brief would be due on July 14, 2008.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter an order extending the deadline for Plaintiff to file its brief in opposition to Defendant's Motion to Dismiss until July 11, 2008, and extending the deadline for Defendant to file its reply brief until July 29, 2008.

Dated this 19th day of June, 2008.

PRIME TRADING COMPANY, INC., Plaintiff

By   s/Jeffrey Schulman
Jeffrey Schulman, No. 2513080
Attorney for Plaintiff
WOLIN & ROSEN, LTD.
55 West Monroe, 36th Floor
Chicago, Illinois  60603
Telephone:  312-424-0600
Facsimile:  312-424-0660
jschulman@wolinlaw.com

and

Edward H. Tricker, Neb. No. 15504
Bruce A. Smith, Neb. No. 20162
Attorney for Plaintiff
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska  68508
Telephone:  402-437-8500
Facsimile:  402-437-8558
etricker@woodsaitken.com
bsmith@woodsaitken.com

R. J. O'BRIEN & ASSOCIATES, LLC.
Defendant

By:  s/Doressia L. Hutton
     Vincent J. Connelly, No. 00501557
     Doressia L. Hutton, No. 6275168
     MAYER, BROWN LLP
     71 South Wacker Drive
     Chicago, IL  60606
     Telephone:  312-782-0600
     Facsimile:  312-701-7711
     vconnelly@mayerbrown.com
     doressiahutton@mayerbrown.com
     and

Marshall E. Hanbury
MAYER, BROWN LLP
1909 K Street, N.W.
Washington, DC  20006-1101
Telephone:  202-263-3357
Facsimile:  202-263-5357
mhanbury@mayerbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Vincent J. Connelly**
courtnotification@mayerbrown.com
- **Marshall E. Hanbury**
courtnotification@mayerbrown.com
- **Doressia LaShun Hutton**
courtnotification@mayerbrown.com
- **Jeffrey A. Schulman**
jschulman@wolinlaw.com

By  s/Jeffrey Schulman
     Jeffrey Schulman, No. 2513080
     Attorney for Plaintiff
     WOLIN & ROSEN, LTD.
     55 West Monroe, 36th Floor
     Chicago, Illinois  60603
     Telephone:  312-424-0600
     Facsimile:  312-424-0660
     jschulman@wolinlaw.com

{F:\wpdocs\3528\9633/00118537.DOC;}00270734