## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PRIME TRADING COMPANY, INC., | ) | Case No.: 1:08-CV-00154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| R. J. O'BRIEN & ASSOCIATES, INC., an | ) | Magistrate Judge Ashman |
| Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   Vincent J. Connelly
Doressia L. Hutton
Mayer, Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

Marshall E. Hanbury
Mayer, Brown LLP
1909 K Street, N.W.
Washington, DC 20006-1101

**PLEASE TAKE NOTICE** that on June 24, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly of the United States District Court for the Northern District of Illinois, Eastern Division, or in his absence, before any other judge who may be sitting in his stead, and then and there present the parties' Joint Motion For Extension Of Time For Plaintiff To File Its Brief In Opposition To Defendant's Motion To Dismiss And For Defendant To File Its Reply Brief which has been served upon you. Dated this 19th day of June, 2008.

{F:\wpdocs\3528\9633/00118539.DOC;}

- 2 -

PRIME TRADING COMPANY, INC., Plaintiff


By    s/Jeffrey Schulman
Jeffrey Schulman, No. 2513080
Attorney for Plaintiff
WOLIN & ROSEN, LTD.
55 West Monroe, 36th Floor
Chicago, Illinois  60603
Telephone:  312-424-0600
Facsimile:  312-424-0660
jschulman@wolinlaw.com

and

Edward H. Tricker, Neb. No. 15504
Bruce A. Smith, Neb. No. 20162
Attorney for Plaintiff
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska  68508
Telephone:  402-437-8500
Facsimile:  402-437-8558
etricker@woodsaitken.com
bsmith@woodsaitken.com


**CERTIFICATE OF SERVICE**

     I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Vincent J. Connelly**
courtnotification@mayerbrown.com
- **Marshall E. Hanbury**
courtnotification@mayerbrown.com
- **Doressia LaShun Hutton**
courtnotification@mayerbrown.com
- **Jeffrey A. Schulman**
jschulman@wolinlaw.com

{F:\wpdocs\3528\9633/00118539.DOC;}00270735

- 3 -

               By     <u>s/Jeffrey Schulman</u>
                       Jeffrey Schulman, No. 2513080
                       Attorney for Plaintiff
                       WOLIN & ROSEN, LTD.
                       55 West Monroe, 36th Floor
                       Chicago, Illinois  60603
                       Telephone:  312-424-0600
                       Facsimile:   312-424-0660
                       jschulman@wolinlaw.com