# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 154 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Prime Trading Co. vs. R.J. O'Brien | | |

**DOCKET ENTRY TEXT**

*Nunc pro tunc* 6/23/08:  Joint motion for extension of time is granted. Response brief is to be filed by 7/11/08. Reply brief is to be filed by 7/29/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|