UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 154 |
| v. ) | |
| ) | Judge Kennelly |
| R.J. O'BRIEN & ASSOCIATES, INC., an ) | |
| Illinois corporation, ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION TO FILE REPLY BRIEF**

Defendant, R.J. O'Brien & Associates, LLC ("RJO"), incorrectly sued as R.J. O'Brien & Associates, Inc., by and through its attorneys, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a two-week extension, or until August 12, 2008, to file its Reply in Support of its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted.

In further support of this Motion, RJO states as follows:

1. RJO's Reply to Plaintiff's Opposition to its Motion to Dismiss is due on July 29, 2008. (Court's Minute Entry of 7/8/08, Doc. No. 36.) RJO now seeks a two-week extension, or until August 12, 2008, to file its Reply Brief for several reasons.

2. *First,* RJO's counsel that was primarily responsible for drafting its Reply Brief left Mayer Brown last Tuesday, July 22, 2008, and replacement counsel was not able to start reviewing the file until last Thursday, July 24. This short time period did not afford RJO's counsel adequate time to complete the Reply Brief.

3.	*Second,* the parties are currently in settlement discussions and RJO would like to avoid the expense of drafting a complete Reply Brief if the parties are able reach a settlement over the next week.

4.	RJO has consulted Plaintiff's counsel concerning the requested extension and they do not oppose.

WHEREFORE, RJO respectfully requests that the Court grant this Motion and extend the time for filing its Reply Brief until August 12, 2008.

Dated: July 28, 2008			Respectfully submitted,

							R.J. O'BRIEN & ASSOCIATES, LLC


							By:     /s/ Charles E. Harris, II
							         One of its Attorneys

| | |
|---|---|
| Vincent J. Connelly | Marshall E. Hanbury |
| Charles E. Harris, II | MAYER BROWN LLP |
| MAYER, BROWN LLP | 1909 K Street, N.W. |
| 71 South Wacker Drive | Washington, D.C. 20006-1101 |
| Chicago, Illinois 60606-4666 | 202-263-3357 |
| (312) 782-0600 | 202-263-5357 – Facsimile |
| (312) 701-7711 – Facsimile | *Attorneys for Defendant* |
| *Attorneys for Defendant* | |

Dated: July 28, 2008                                Respectfully submitted,

                                                    PRIME TRADING COMPANY, INC.


                                                    By:    /s/ Bruce A. Smith
                                                              One of its Attorneys

Edward H. Tricker                                   Jeffrey Schulman
Bruce A. Smith                                      WOLIN & ROSEN, LTD.
WOODS & AITKEN LLP                                  55 West Monroe, 36th Floor
301 South 13th Street, Suite 500                    Chicago, Illinois 60603
Lincoln, Nebraska 68508                             (312) 458-1244
(402) 437-8530                                      (312) 424-0660 – Facsimile
(402) 437-8558 – Facsimile                          *Attorneys for Plaintiff*
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that, on July 28, 2008, **Defendant's Agreed Motion for Extension to File Reply Brief** was served by electronic filing, upon the following counsel of record:

Edward H. Tricker
Bruce A. Smith
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
(402) 437-8530
(402) 437-8558 – Facsimile

Jeffrey Schulman
WOLIN & ROSEN, LTD.
55 West Monroe, 36th Floor
Chicago, Illinois 60603
(312) 458-1244
(312) 424-0660 – Facsimile

               /s/ Charles E. Harris, II