## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 154 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Prime Trading Company, Inc. Vs. R.J. O'Brien & Associates, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion for extension to file reply brief is extended to 8/14/08.

| | Courtroom Deputy Initials: | DS |
|---|---|---|