MHN



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Doressia L. Hutton

FIRM: Winston & Strawn LLP

STREET ADDRESS: 35 West Wacker Drive

CITY/STATE/ZIP: Chicago, IL 60601

PHONE NUMBER: 312-558-3229

E-MAIL ADDRESS: dhutton@winston.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6275168

**FILED**
JUL 31 2008 TC
7-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 154 | Prima Trading vs. R.J O'Brian | Kennelly |
| | | |
| | | |
| | | |
| | | |

Attorney's Signature: /s/ Hutton

Date: 7/30/08