## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 154 |
| v. ) | |
| ) | Judge Kennelly |
| R.J. O'BRIEN & ASSOCIATES, INC., an ) | |
| Illinois corporation, ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION TO WITHDRAW THE APPEARANCE OF DORESSIA L. HUTTON

R.J. O'Brien & Associates, LLC ("RJO"), incorrectly sued as R.J. O'Brien & Associates, Inc., by and through its attorneys, hereby moves the Court for an order granting Doressia L. Hutton, who is currently an attorney of record, permission to withdraw as counsel. In support of this Motion, the RJO states as follows:

1.   Ms. Hutton resigned from Mayer Brown LLP to join another law firm. She has no objections to her withdrawal from further involvement in this proceeding.

2.   Other counsel for RJO, Marshall E. Hanbury, Vincent J. Connelly and Charles E. Harris, II, will remain as counsel in the matter.

WHEREFORE, RJO respectfully requests that the Court grant this Motion and enter an order withdrawing the appearance of Ms. Hutton in this matter.

Dated: August 6, 2008

Respectfully submitted,

R.J. O'BRIEN & ASSOCIATES, LLC

By:    /s/ Charles E. Harris, II
       One of its Attorneys

| | |
|---|---|
| Vincent J. Connelly | Marshall E. Hanbury |
| Charles E. Harris, II | MAYER BROWN LLP |
| MAYER, BROWN LLP | 1909 K Street, N.W. |
| 71 South Wacker Drive | Washington, D.C. 20006-1101 |
| Chicago, Illinois 60606-4666 | 202-263-3357 |
| (312) 782-0600 | 202-263-5357 – Facsimile |
| (312) 701-7711 – Facsimile | *Attorneys for Defendant* |
| *Attorneys for Defendant* | |

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on August 6, 2008, the **Motion to Withdraw the Appearance of Doressia L. Hutton** was served by electronic filing, upon the following counsel of record:

Edward H. Tricker
Bruce A. Smith
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska  68508
(402) 437-8530
(402) 437-8558 – Facsimile

Jeffrey Schulman
WOLIN & ROSEN, LTD.
55 West Monroe, 36th Floor
Chicago, Illinois 60603
(312) 458-1244
(312) 424-0660 – Facsimile

                                                                  /s/ Charles E. Harris, II