UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R.J. O'BRIEN & ASSOCIATES, INC., an )<br>Illinois corporation, )<br>)<br>Defendant. )<br>) | Case No. 08 C 154<br><br>Judge Kennelly<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:   Counsel of Record (as Set Forth on the Attached Service List)

**PLEASE TAKE NOTICE** that on Wednesday, August 13, 2008, at 9:30 a.m., we shall appear before the Honorable Matthew F. Kennelly, United States District Judge, at Everett McKinely-Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60606, Courtroom 2103, and then and there present the MOTION TO WITHDRAW THE APPEARANCE OF DORESSIA L. HUTTON, which will be provided to you through the CM/ECF system.


Dated: August 6, 2008

Respectfully submitted,

R.J. O'BRIEN & ASSOCIATES, LLC


By:   /s/ Charles E. Harris, II
         One of its Attorneys

Vincent J. Connelly
Charles E. Harris, II
MAYER, BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4666
(312) 782-0600
(312) 701-7711 – Facsimile
*Attorneys for Defendant*

Marshall E. Hanbury
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
202-263-3357
202-263-5357 – Facsimile
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

   The undersigned certifies that, on August 6, 2008, Defendant's **Notice of Motion** was served by electronic filing, upon the following counsel of record:

Edward H. Tricker
Bruce A. Smith
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska  68508
(402) 437-8530
(402) 437-8558 – Facsimile

Jeffrey Schulman
WOLIN & ROSEN, LTD.
55 West Monroe, 36th Floor
Chicago, Illinois 60603
(312) 458-1244
(312) 424-0660 – Facsimile

                /s/ Charles E. Harris, II