UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRIME TRADING COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 154 |
| v. ) | |
| ) | Judge Kennelly |
| R.J. O'BRIEN & ASSOCIATES, INC., an ) | |
| Illinois corporation, ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S SECOND AGREED
MOTION FOR EXTENSION TO FILE REPLY BRIEF**

Defendant, R.J. O'Brien & Associates, LLC ("RJO"), incorrectly sued as R.J. O'Brien & Associates, Inc., by and through its attorneys, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a second two-week extension, or until August 26, 2008, to file its Reply in Support of its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted.

In further support of this Motion, RJO states as follows:

1. RJO's Reply to Plaintiff's Opposition to its Motion to Dismiss is currently due on August 12, 2008. (Minute Entry of 7/30/2008, Doc. No. 41.) RJO now seeks a second two-week extension, or until August 26, 2008, to file its Reply Brief due to the parties' ongoing settlement discussions.

2. The parties are still attempting to resolve this matter privately. Accordingly, RJO requests this extension as a matter of efficiency, so as not to burden the Court with reviewing potentially unnecessary materials.

3. Plaintiff's counsel agrees that the requested extension is warranted.

WHEREFORE, RJO respectfully requests that the Court grant this Motion and extend the time for filing its Reply Brief until August 26, 2008.

Dated: August 11, 2008

Respectfully submitted,

R.J. O'BRIEN & ASSOCIATES, LLC

By:    /s/ Charles E. Harris, II
       One of its Attorneys

Vincent J. Connelly
Charles E. Harris, II
MAYER, BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4666
(312) 782-0600
(312) 701-7711 – Facsimile
*Attorneys for Defendant*

Marshall E. Hanbury
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
202-263-3357
202-263-5357 – Facsimile
*Attorneys for Defendant*

Dated: August 11, 2008                                    Respectfully submitted,

                                                                         PRIME TRADING COMPANY, INC.

                                                                         By:   /s/ Bruce A. Smith
                                                                                One of its Attorneys

| | |
|---|---|
| Edward H. Tricker | Jeffrey Schulman |
| Bruce A. Smith | WOLIN & ROSEN, LTD. |
| WOODS & AITKEN LLP | 55 West Monroe, 36th Floor |
| 301 South 13th Street, Suite 500 | Chicago, Illinois 60603 |
| Lincoln, Nebraska  68508 | (312) 458-1244 |
| (402) 437-8530 | (312) 424-0660 – Facsimile |
| (402) 437-8558 – Facsimile | *Attorneys for Plaintiff* |
| *Attorneys for Plaintiff* | |

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on August 11, 2008, **Defendant's Second Agreed Motion for Extension to File Reply Brief** was served by electronic filing, upon the following counsel of record:

Edward H. Tricker
Bruce A. Smith
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska  68508
(402) 437-8530
(402) 437-8558 – Facsimile

Jeffrey Schulman
WOLIN & ROSEN, LTD.
55 West Monroe, 36th Floor
Chicago, Illinois 60603
(312) 458-1244
(312) 424-0660 – Facsimile

                                                   /s/ Charles E. Harris, II