# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 154 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Prime Trading Company, Inc. Vs. R.J. O'Brien & Associates | | |

**DOCKET ENTRY TEXT**

Defendant's second agreed motion for extension to file reply brief is granted. Reply brief due date is extended to 8/26/08. No further extensions will be allowed.

| | Courtroom Deputy Initials: | DS |
|---|---|---|